IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DANIEL TAYLOR JR.,                                                PLAINTIFF

vs.                              Civil No. 1:22-cv-01012

COMMISSIONER, SOCIAL                          DEFENDANT
SECURITY ADMINISTRATION

## JUDGMENT

Comes now the Court on this the 28th day of November 2022, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **REVERSED,** and remands this case for further consideration pursuant to sentence four of 42 U.S.C. §405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. §2412, an application may be filed up until 30 days after the judgement becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v. Schaefer*, 509 U.S. 292, 296, 113 S.C. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

    **IT IS SO ORDERED.**

                                                                /s/ *Barry A. Bryant*
                                                            HON. BARRY A. BRYANT
                                                            U. S. MAGISTRATE JUDGE